**Order entered May 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01123-CR

**RICARDO CASTRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1725345-X**

## ORDER

The State's second motion for extension of time to file its brief is **GRANTED**. The State's brief is deemed **FILED** May 13, 2019

/s/  DAVID L. BRIDGES
   PRESIDING JUSTICE